# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SARA E. LOPEZ-RIVERA,** | : |
| **Plaintiff,** | : CIVIL ACTION NO. 3:12-2532 |
| | (JUDGE MANNION) |
| v. | : |
| **CAROLYN W. COLVIN,** | : |
| **Acting Commissioner of** | |
| **Social Security** | : |
| **Defendant** | : |

## ORDER

For the reasons articulated in the court's memorandum issued this day,

**IT IS HEREBY ORDERED THAT**:

(1)   Plaintiff's appeal of the Commissioner's denial of Disability Insurance Benefits and Supplemental Security Income, (Doc. No. 1), is **DENIED.**

(2)   The clerk is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 22, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-2532-01.hhs-ORDER.wpd